UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL MARTIN,

        Plaintiff,

                                            CASE NO. 2:16-CV-14080
v.                                        HONORABLE NANCY G. EDMUNDS

STATE OF MICHIGAN, et al.,

        Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

      The Court has before it Plaintiff Daniel Martin's amended pro se civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sues the State of Michigan, Governor Rick Snyder, the Center for Forensic Psychiatry, and Director Dick (or Nick) Lyon concerning his medical and mental health care while confined at the Forensic Center. He seeks compensatory and punitive damages. At the time he filed his complaint, Plaintiff did not pay the filing fee nor submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed application to proceed without prepayment of the filing fee, consisting of an Application to Proceed without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a Statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, within 30 days – by January 3, 2017. The order provided that if Plaintiff did not do so, his case would be dismissed.

Plaintiff has failed to correct the filing fee/application deficiency within the allotted time for doing so. In fact, the Court's records reveal that the deficiency order, as well as a notice regarding the parties' responsibility to notify the Court of address changes, were returned to the Court as undeliverable. Plaintiff has not submitted any additional pleadings or address information. The Court cannot proceed on this case without being able to contact Plaintiff. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint. This case is closed.

**IT IS SO ORDERED**.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: January 20, 2017

## CERTIFICATION

I hereby certify that a copy of this order was served upon counsel and/or parties of record on this 20th day of January, 2017 by regular mail and/or CM/ECF.

s/ Carol J. Bethel
CaseManager

Date: 1/20/17